UNITED STATES BANKRUPTCY COURT- SOUTHERN DISTRICT OF NEW YORK

Attorney: MICHAEL FARCIACE ASSOCIATES, P.C. - 2371

ALFREDO MORENO COCOLETZI ETAL

Plaintiff(s)

Index #: 15-11650 (JLG)

- against -

Date Filed:

AMIR ORLY

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on March 4, 2016 at 10:41 AM at

441 EAST 83RD STREET, APT. E
NEW YORK, NY 10028

deponent served the within true copy/copies of the SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING, COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT AND DISCHARGE OF DEBTOR WITH EXHIBIT on AMIR ORLY, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to JANE DOE a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the CO-TENANT of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 40 | 5'3 | 140 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

441 EAST 83RD STREET, APT. E
NEW YORK, NY 10028

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 4, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: March 4, 2016

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY  10007

**CHRISTOPHER J. KLEIN**
License #: 1188546
Docket #:      *980103*