**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DIVISION**

**IN RE:**

    **AMIR ORLY**

          **DEBTOR**          **CHAPTER 7 BANKRUPTCY
CASE NUMBER 15-11650 (JLG)**

-------------------------------------------------------------X

    **COCOLETZI, ET AL**

          **PLAINTIFFS**

    v.                            **A.P. CASE NO. 16-01020(JLG)**

    **AMIR ORLY**

          **DEFENDANT**      **NOTICE OF APPEARANCE**

-------------------------------------------------------X

**NOTICE OF APPEARANCE and DEMAND FOR
SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that LINDA M. TIRELLI, ESQ., hereby appears in the above-entitled ADVERSARY PROCEEDING as counsel on behalf of the DEFENDANT/DEBTOR, MR. AMIR ORLY.  Please note that this is a notice of appearance in the adversary proceeding only and is not an appearance for the base chapter 7 case.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy/adversarial proceedings, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002 (a), (b), (e), (f), (h) and (l) be served upon

LINDA M. TIRELLI, ESQ.
GARVEY TIRELLI & CUSHNER
Attorney for Defendant Amir Orly
Westchester Financial Center
50 Main Street, Suite 390
White Plains, NY 10606
Phone: (914)946-2200 / Fax: (914)946-1300

| | |
|---|---|
| DATED: March 9, 2016 | /S/ LINDA M. TIRELLI<br>Linda M. Tirelli, Esq.<br>GARVEY TIRELLI & CUSHNER<br>Attorney for Defendant Amir Orly<br>Westchester Financial Center<br>50 Main Street, Suite 390<br>White Plains, NY 10606 |

TO:

**Hon. James L. Garrity**
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Greg Zipes, Esq.**
U.S. Dept. of Justice / Office of the U.S. Trustee
201 Varick St., Suite 1006
New York, NY 10014

**Deborah J. Piazza, Esq. Ch 7 Trustee**
Tarter Krinsky & Drogin LLP
1350 Broadway
11th Floor
New York, NY 10018

**Joshua S. Androphy, Esq.**
Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 2020
New York, NY 10165

**Mr. Amir Orly**
441 E 83rd Street, Apt E
New York, NY 10028