# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                                         Telephone: (212) 317-1200
New York, New York 10165                                           Facsimile: (212) 317-1620

November 27, 2017

**BY EMAIL**
Honorable James L. Garrity
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408

      Re:    Cocoletzi et al v. Orly
              No. 15-11650 (JLG); Adversary Proceeding No. 16-01020 (JLG)

Dear Judge Garrity:

I respectfully request an adjournment by approximately 60 to 90 days of the status conference scheduled for tomorrow, November 28, 2017. Defendant Amir Orly consents to this request

As alluded to in my adversary Linda Tirelli's letter filed earlier today, there have been no changes in the status of the action pending in the U.S. District Court for the Southern District of New York that relates to this adversary proceeding. Accordingly, the parties believe that the status conference scheduled for tomorrow would be a waste of the Court's and counsel's time.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Joshua S. Androphy

cc:    Linda Tirelli, Esq.
       *Attorney for Amir Orly*
       (via email)