# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                                                      Telephone: (212) 317-1200
New York, New York 10165                                                      Facsimile: (212) 317-1620

December 14, 2017

**BY ECF**
Honorable James L. Garrity
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408

> Re:    Cocoletzi et al v. Orly
> No. 15-11650 (JLG); Adversary Proceeding No. 16-01020 (JLG)

Dear Judge Garrity:

I provide this status report in accordance with the Court's November 28, 2017 order. I apologize for my inadvertent oversight in failing to submit this letter by yesterday.

There have been no changes in the status of the action pending in the U.S. District Court for the Southern District of New York that relates to this adversary proceeding. Plaintiffs intend to file a motion for default judgment by the end of January.

For this reason, we believe that the status conference scheduled for December 20, 2017 should be adjourned.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Joshua S. Androphy

cc:    Linda Tirelli, Esq.
       *Attorney for Amir Orly*
       (via ECF)

*Certified as a minority-owned business in the State of New York*