**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

---------------------------------------------------------X
In re AMIR ORLY,                                  Ch 7 Case No 15-11650(jlg)

        Debtor.

---------------------------------------------------------X
ALFREDO MORENO COCOLETZI, et al.,

        Plaintiffs,
   -against-                                       AP Case No 16-01020(jlg)

AMIR ORLY,
        Defendant.
---------------------------------------------------------X

## ORDER GRANTING MOTION OF LINDA M. TIRELLI, ESQ., TO WITHDRAW AS ATTORNEY OF RECORD

**THIS MATTER**, having come before the Court on the Motion to Withdraw as Attorney of Record ("Motion") filed by Linda M. Tirelli, Esq., attorney of record for Debtor/Defendant, Amir Orly ("Debtor/Defendant"), on May 25, 2018; and there being due and sufficient notice of the Motion; and upon the record of the hearing held by the Court on July 12, 2018; and all filings related thereto; it is hereby

**ORDERED**, that the Motion is **GRANTED**, and Linda M. Tirelli, Esq., is permitted to withdraw as attorney of record for the Debtor/Defendant, and is relieved of any and all further duties and responsibilities for Debtor/Defendant in this case, and

**IT IS FURTHER ORDERED, that Debtor's counsel shall serve a copy of this Order upon the Debtor at his email address: arula1963@gmail.com (the "Debtor's Email Address"); and**

**IT IS FURTHER ORDERED,** that service upon the Debtor at the Debtor's Email Address shall be deemed to satisfy the requirement of due and sufficient notice in this case; and [JLG]

**IT IS FURTHER ORDERED**, that all further pleadings, motions, notices, correspondence, and other documents shall be served directly on Debtor/Defendant.

BY THE COURT:

10th day of September, 2018
 New York, New York

/s/ *James L. Garrity, Jr.*
Hon. James L. Garrity, Jr.
United States Bankruptcy Judge