

Fwd: Amir Orly Bankruptcy Matter
amir orly
to:
Awilda_Rodriguez
10/16/2018 10:49 AM
Hide Details
From: amir orly <arula1963@gmail.com>

To: Awilda_Rodriguez@nysb.uscourts.gov

1 Attachment



Status Report 10-16-18.pdf

good morning Mrs. Rodriguez
 i received this email from mr. androphy this morning
his response was dew on october 10th , today is the 16th. a friend of mine  upstate past away and im out of town.
i had a lawyer that my family overseas paid tens of thousands of dollars to, she wiped them out,  i don't understand why she was allowed to leave
both my cases without finishing them, if she don't finish the cases , i would like her to return the money she took from my family. i will inquire with the bar association about her leaving both cases
i don't know the law and i can't represent myself, i'm sure that this is what the other side lawyer was waiting for !.
i don't have a penny to my name, only worked 4 month in the last 3 and a half years,i have no bank account,
i don't even have cloth to wear to court.
are you trying to get me to live on the street ?
because i am almost there

truly yours
*amir*