**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re: Amir Orly                                                                                          Bankruptcy Case No.: 15–11650–jlg

Alfredo Moreno Cocoletzi
Edgar Monteroso
Gilberto Dario Ramirez Ramos
German Torres Romero
Cristian Fredy Villar Medina

Plaintiff(s),

–against–                                                                                                  Adversary Proceeding No. 16–01020–jlg

Amir Orly

Defendant(s)

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Amir Orly |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 3/26/19

Vito Genna

*Clerk of the Court*

By: /s/  Willie Rodriguez

*Deputy Clerk*

United States Bankruptcy Court
Southern District of New York

Cocoletzi,
    Plaintiff

Adv. Proc. No. 16-01020-jlg

Orly,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1     User:     Page 1 of 1     Date Rcvd: Mar 26, 2019
                   Form ID: clkdflt     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
```
dft          +Amir Orly,    441 E 83rd Street, Apt E,    New York, NY 10028-6172
pla          +Cristian Fredy Villar Medina,    c/o Michael Faillace & Associates, P.C.,    60 East 42nd Street,
               Suite 2540,    New York, NY 10165-0018
pla          +Edgar Monteroso,    c/o Michael Faillace & Associates, P.C.,    60 East 42nd Street,    Suite 2540,
               New York, NY 10165-0018
pla          +German Torres Romero,    c/o Michael Faillace & Associates, P.C.,    60 East 42nd Street,
               Suite 2540,    New York, NY 10165-0018
pla          +Gilberto Dario Ramirez Ramos,    c/o Michael Faillace & Associates,    60 East 42nd Street,
               Suite 2540,    New York, NY  10024,    UNITED STATES 10165-0018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.         TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla         Alfredo Moreno Cocoletzi
        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
         Jesse  Barton    on behalf of Plaintiff Alfredo Moreno Cocoletzi jbarton@faillacelaw.com
         Joshua S. Androphy    on behalf of Plaintiff Alfredo Moreno Cocoletzi jandrophy@faillacelaw.com,
          michael@faillacelaw.com
         TOTAL: 2