# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 17, 2019

**BY ECF**  
Honorable James L. Garrity  
United States Bankruptcy Judge  
One Bowling Green  
New York, NY 10004-1408

    Re:    Cocoletzi et al v. Orly  
               No. 15-11650 (JLG); Adversary Proceeding No. 16-01020 (JLG)

Dear Judge Garrity:

I write concerning Plaintiffs' motion for default judgment.

At the March 26, 2019 conference, the court directed Plaintiffs to file the motion so that it would be returnable on April 25, 2019. I apologize for not filing the motion yet. I had failed to calendar the deadline at the time of the conference. My firm's usual practice is to rely on the docket entries to calendar all deadline, and I had anticipated that this deadline and appearance would be reflected in a Court minute entry on the docket, as had been done previously. (See Dkt. Nos. 38, 45, 51) In the absence of a Court minute entry I had failed to calendar the deadline and hearing and therefore did not file the motion in time. I respectfully request that the Court allow Plaintiffs to file the motion for default judgment by April 25, 2019, to be returnable on a date set in consultation with Your Honor's chambers.

I thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Joshua S. Androphy

Joshua S. Androphy

cc:    Amir Orly (via Email)

*Certified as a minority-owned business in the State of New York*